FILED
CLERK, U.S. DISTRICT COURT
APR 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDGAR RUIZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN FAULK,<br><br>　　　　　Respondent. | No. CV 13-5289-DSF (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: 4/29/14

DALE S. FISCHER
United States District Judge