FILED
CLERK, U.S. DISTRICT COURT
APR 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EDGAR RUIZ, <br>     Petitioner, <br> v. <br> WARDEN FAULK, <br>     Respondent. | No. CV 13-5289-DSF (DFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: 4/29/14

_Dale S. Fischer_
DALE S. FISCHER
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
APR 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY